**United States District Court**
For the Northern District of California

\*E-Filed 8/25/09\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA BENTLEY, R.N., | No. 5:09-CV-3825 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| LUCILE PACKARD CHILDREN'S HOSPITAL, a Business Entity; and DOES 1 through 20, | |
| Defendants. | |

Defendant Lucile Packard Children's Hospital has filed a motion to dismiss, docket [5] in the above-captioned matter. This motion is noticed for hearing on October 7, 2009, at 9:30 a.m.

In accordance with Civil Local Rule 73-1, all parties who have not already done so are directed to file their consents or declinations to magistrate judge jurisdiction no later than **September 9, 2009**.

IT IS SO ORDERED.

Dated:   8/25/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09-CV-3825 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE